UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

RAFAEL JONES,

    Petitioner,

v.

WARDEN DAVID PAUL,

    Respondent.

Civil Action No. 5:24-003-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Rafael Jones's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED**;

2. This action is **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 2nd day of April, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY